# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:22-cr-00091 |
| v. | ) | |
| | ) | Judge Richardson |
| TRAVIS ALAN STENBERG | ) | |

## NOTICE OF ATTORNEY WITHDRAWAL

The United States of America, by and through its undersigned counsel, respectfully provides notice that Trial Attorney Leslie Williams Fisher, U.S. Department of Justice, Criminal Division, Fraud Section, hereby withdraws as an attorney of record for the government in the above-captioned matter, pursuant to Local Criminal Rule 57.01(d)(3). Trial Attorney Lee Hirsch, U.S. Department of Justice, Criminal Division, Fraud Section, remains on the case as attorney of record for the government.

Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
U.S. Department of Justice

By: *s/ Leslie Williams Fisher*
Leslie Williams Fisher
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
719 Church Street, Suite 3300
Nashville, TN 37203
(202) 340-6067
Leslie.Fisher2@usdoj.gov

1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2024, a copy of the foregoing was filed and served via the Electronic Case Filing (ECF) system.

                                            s/ *Leslie Williams Fisher*
                                            Leslie Williams Fisher